UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID L. BIELFELDT and ) <br> KAREN WALES ) <br>  ) <br> Plaintiffs, Counterclaim-Defendants ) <br>  ) <br> v. ) <br>  ) <br> JAMES BOURAZAK, LEE GRAVES and ) <br> ELM ONE CALL LOCATORS, INC. ) <br>  ) <br> Defendants/Counterclaim-Plaintiffs ) | Case No.: 15-cv-1419 |

### REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS' COMBINED OPPPOSITION TO PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS

NOW COMES DEFENDANTS/COUNTERCLAIM-PLAINTIFFS JAMES BOURAZAK and LEE GRAVES ("Graves") and DEFENDANT/COUNTERCLAIM-PLAINTIFF ELM ONE CALL LOCATORS, INC. ("One Call, Inc."), by and through their attorneys, pursuant to Evidence Code Section 452(d), hereby requests that this Court take judicial notice of a prior litigation between the parties where a declaratory judgment action was filed by Graves to confirm that specific acts, related to the valuation of Plaintiffs' interest in One Call, Inc., were compliant with the Operating Agreement. *Graves & ELM One Call Locators, Inc. v. Bielfeldt*, Circuit Court of the 10th Judicial District, Case No. 15 MR 569, filed September 3, 2015.  This earlier action has been stayed.  A copy of the complaint and the Order staying the lawsuit are attached as Exhibits A and B, respectively.

March 22, 2016

                        Respectfully submitted,

                        By:   *//S// Sam Zabek.*

                        By:   *//S// Richard P. Doyle, Jr..*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DAVID L. MR. BIELFELDT and<br>KAREN MS. WALES | )<br>)<br>) | |
| Plaintiffs, | ) | Case No.: 15-cv-1419 |
| v. | )<br>)<br>) | |
| JAMES BOURAZAK, LEE MR. GRAVES and<br>ELM ONE CALL LOCATORS, INC. | )<br>)<br>) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2016 my office electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jonathan LA Phillips
Estella Vallejo
John T.D. Bathke
Shay Phillips, Ltd.
456 Fulton Street
Suite 255
Peoria, Illinois 61602
Attorneys for Plaintiffs

By:   *//S// Richard P. Doyle, Jr.*