| | |
|---|---|
| **From:** | David Bielfeldt |
| **Sent:** | Monday, February 27, 2012 12:02 PM |
| **To:** | Mike Low; Lee Graves |
| **Cc:** | Bob George |
| **Subject:** | RE: Tax Appeal |

John Flaherty ph 312-341-0615

---

**From:** Mike Low [mailto:mlow@jd-law.com]
**Sent:** Monday, February 27, 2012 11:58 AM
**To:** Lee Graves
**Cc:** Bob George; David Bielfeldt
**Subject:** Re: Tax Appeal

Lee,

I've spoken with him before, but I don't have his phone number.  I will call him as soon as I have his contact information.

Mike

On Mon, Feb 27, 2012 at 9:38 AM, Lee Graves <lgraves@elmllc.com> wrote:

Bob,


David needs to have his accountant contacted to assure that the letter we received from the IRS is being responded to by Mike Low per our conference call.


David, can you provide contact information.


Thanks,


Lee


--

Exhibit A

1

**MICHAEL J. LOW, JANSSEN DOYLE LLP**
140 BROOKWOOD ROAD, SUITE 102, ORINDA, CA 94563-3043
THREE EMBARCADERO CENTER, SUITE 460, SAN FRANCISCO, CA  94111
925.478.2845 DIRECT, 925.253.1071 FAX, WWW.JD-LAW.COM

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure.  This e-mail is intended only for the addressee named above.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it and any and all copies of it.  IRS Circular 230 disclosure:  Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2114/4835 - Release Date: 02/27/12