

Jonathan Phillips <jphillips@shay-law.com>

---

## Bielfeldt/Graves

**Richard Doyle** <rdoyle@doylelow.com>  Tue, Aug 30, 2016 at 12:34 PM
To: Jonathan Phillips <jphillips@shay-law.com>
Cc: Sam Zabek <SZabek@glo-pc.com>, Estella Vallejo <evallejo@shay-law.com>, John Bathke <jbathke@shay-law.com>

I have no comment on the time to answer the counterclaims. <mark>I do need the discovery responses next week as that information has been promised to the carrier.</mark>

We agree on an extension of time for discovery, and I suggest we have an understanding that the dates will be extended, but I do not think we can come up with a time for the extension until we have a complete set of pleadings.

Have a nice vacation.

Rich

[Quoted text hidden]

Richard P. Doyle, Jr., DOYLE LOW LLP

3640 Mt. Diablo Boulevard, Lafayette, CA 94549

505 Sansome Street, Suite 1475, San Francisco, CA 94111

925.295.1805 direct, www.doylelow.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure.  This e-mail is intended only for the addressee named above.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it and any and all copies of it.

Exhibit B